ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2014 NOV 18 PM 4:32
DEPUTY CLERK NT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY LAMOND THOMAS (1)
MELVIN JAMES WRIGHT (2)
MARLON MILLER (3)
KEENAN JAMEL WRIGHT (4)

NO.

3-14CR-441-K

INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2)

On or about March 12, 2014, in the Dallas Division of the Northern District of Texas, the defendants, **Anthony Lamond Thomas**, **Melvin James Wright**, **Marlon Miller**, and **Keenan Jamel Wright**, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

<u>Count Two</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(e))

On or about March 12, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Anthony Lamond Thomas,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce firearms, to wit: a Smith and Wesson, Model Airweight, .38 caliber handgun, bearing serial number 130942; and a Sig Sauer, Model P250, 9 millimeter handgun, bearing serial number EAK069809.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

Count Three
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about March 12, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Melvin James Wright**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce firearms, to wit: a Smith and Wesson, Model Airweight, .38 caliber handgun, bearing serial number 130942; and a Sig Sauer, Model P250, 9 millimeter handgun, bearing serial number EAK069809.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count Four
Possession of a Stolen Firearm
(Violation of 18 U.S.C. §§ 922(j) and 924(a)(2))

On or about March 12, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Marlon Miller**, knowingly possesses a stolen firearm that is, a Sig Sauer, Model P250, 9 millimeter handgun, bearing serial number EAK069809, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

Count Five
Possession of a Stolen Firearm
(Violation of 18 U.S.C. §§ 922(j) and 924(a)(2))

On or about March 12, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Keenan Jamel Wright**, knowingly possesses a stolen firearm that is, a Sig Sauer, Model P250, 9 millimeter handgun, bearing serial number EAK069809, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Anthony Lamond Thomas**, **Melvin James Wright**, **Marlon Miller**, and **Keenan Wright**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as the result of the offense and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

This property includes, but is not limited to, the following:

(1) a Smith and Wesson, Model Airweight, .38 caliber handgun, bearing serial number 130942;

(2) any ammunition recovered with the weapon; and

(3) any U.S. Currency recovered.

Upon conviction for the offenses alleged in Counts Two or Three of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendants, **Anthony Lamond Thomas** and **Melvin James Wright**, shall forfeit to the United States of America any firearm and ammunition involved or used in the offense.

A TRUE BILL

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8617
Fax: 214-659-8809

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

ANTHONY LAMOND THOMAS (1)
MELVIN JAMES WRIGHT (2)
MARLON MILLER (3)
KEENAN JAMEL WRIGHT (4)

---

INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2
Possession with Intent to Distribute a Controlled Substance

18 U.S.C. §§ 922(g)(1) and 924(e)
Felon in Possession of a Firearm

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

18 U.S.C. §§ 922(j) and 924(a)(2)
Possession of a Stolen Firearm

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
21 U.S.C. § 853(a)
Forfeiture Notice

(5 COUNTS)

---

A true bill rendered

DALLAS [signature] FOREPERSON

Filed in open court this 18th day of November, 2014

Filed in open court this 18th day of November, 2014

---

**WARRANT TO ISSUE for all defendants**

---

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
(No Criminal Case Pending)